## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSTY LUGO,                                              No. CIV S-09-0505-MCE-CMK-P

        Plaintiff,

    vs.                                                      ORDER

WILLIAMS, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.[1]  Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Docs. 2 and 12).  Plaintiff's complaint will be addressed separately.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

/ / /

/ / /

/ / /

---

    [1]  Plaintiff raised the same claims in a prior action – CIV-S-07-1134-MCE-JFM – which was dismissed without prejudice for failure to resolve fees.

1            Accordingly, IT IS HEREBY ORDERED that:

2                 1.      Plaintiff's motion for leave to proceed in forma pauperis (Docs. 2 and 12)

3 is granted;

4                 2.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this

5 action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

6                 3.      No initial partial filing fee will be assessed pursuant to 28 U.S.C.

7 § 1915(b)(1); and

8                 4.      Plaintiff will be obligated for monthly payments of twenty percent of the

9 preceding month's income credited to plaintiff's inmate trust account, such payments to be

10 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

11 account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.

12 § 1915(b)(2).

13

14   DATED: April 1, 2009

15

16                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26