1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9 RUSTY LUGO,                                   No. CIV S-09-0505-MCE-CMK-P

10          Plaintiff,

11     vs.                                      <u>ORDER</u>

12 WILLIAMS, et al.,

13          Defendants.

14 _____/

15          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

16 to 42 U.S.C. § 1983.  An answer to plaintiff's complaint has been filed and, therefore, this case

17 is now at issue.  Pursuant to Federal Rule of Civil Procedure 16(b), the court will, by this order,

18 set a schedule for this litigation.

19          1.     Discovery requests shall be served by the party seeking the discovery on

20 all parties to the action.  Discovery requests shall not be filed with the court except when

21 required by Eastern District of California Local Rules 30-250(a), 33-250(c), 34-250(c), and/or

22 36-250(c).  Improperly filed discovery requests will be disregarded;

23          2.     Responses to written discovery requests shall be due 45 days after the

24 request is served;

25          3.     Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), defendant(s) may

26 depose plaintiff and any other incarcerated witness upon condition that, at least 14 days before

1    such a deposition, all parties are served with the notice required by Federal Rule of Civil

2    Procedure 30(b)(1);

3          4.      If disputes arise about the parties' obligations to respond to requests for

4    discovery, the parties shall comply with all pertinent rules, including Federal Rules of Civil

5    Procedure 5, 7, 11, 26, and 37 and Eastern District of California Local Rules 5-134, 5-135, 6-

6    136, 7-130, 7-131, 11-110, 43-142, and 78-230(m); unless otherwise ordered, Local Rule 37-251

7    shall not apply.  Filing a discovery motion that does not comply with all applicable rules may

8    result in imposition of sanctions, including but not limited to denial of the motion;

9          5.      The parties may conduct discovery until December 21, 2009.  All requests

10   for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served  by this

11   discovery cut-off date.  Any motions necessary to compel discovery shall be filed within 60 from

12   this cut-off date.

13         6.      All dispositive motions shall be filed within 90 days after the discovery

14   cut-off date specified above;

15         7.      Unless otherwise ordered, all motions shall be briefed pursuant to Local

16   Rule 78-230(m), and failure to oppose such a motion in a timely manner may be deemed a

17   waiver of opposition to the motion; and

18         8.      At a later stage in the proceedings, the court will issue a final scheduling

19   order.

20         IT IS SO ORDERED.

21

22    DATED:  August 18, 2009

23

24   CRAIG M. KELLISON
     UNITED STATES MAGISTRATE JUDGE

25

26

2