IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSTY LUGO,                                    No. CIV S-09-0505-CMK-P

      Plaintiff,

  vs.                                                    ORDER

WILLIAMS, et al.,

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' request (Doc. 26) for leave to file exhibits supporting their motion to dismiss under seal. Specifically, defendants ask that Exhibit B to their motion, which contains information identifying other prison inmates who could be put in danger if their identities were revealed. Good cause appearing therefor, the request is granted and Exhibit B shall be filed and maintained under seal.

      IT IS SO ORDERED.

DATED: August 25, 2010

                                                            **CRAIG M. KELLISON**
                                                            UNITED STATES MAGISTRATE JUDGE

1